B. CLYDE HUTCHINSON, State Bar No. 037526
AN H. NGUYEN, State Bar No. 215453
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
TEL: (510) 433-2600
FAX: (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| MICHAEL MEHRTEN, KATHI MEHRTEN, and DEANNA DUNBAR,<br><br>  Plaintiffs,<br><br>v.<br><br>AMTRAK, EARL SIMMING dba PREFERRED CHARTER BUS COMPANY, BILL BRADLEY, and DOES 1 TO 200, inclusive,<br><br>  Defendants.<br><br>AND RELATED CROSS-ACTIONS | No.  CIV-F-03-6642 OWW (LJO)<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF NATIONAL RAILROAD PASSENGER CORPORATION WITH PREJUDICE, EACH PARTY TO BEAR THEIR OWN COSTS** |

IT IS HEREBY STIPULATED by and between Plaintiffs Michael Mehrten, Kathi Mehrten, Deanna Dunbar, and Defendant National Railroad Passenger Corporation, by and through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice as to Defendant National Railroad Passenger Corporation pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party agrees to bear their own costs.

DATED: July 14, 2005

                    LOMBARDI, LOPER & CONANT, LLP


                    By:      /s/ B. Clyde Hutchinson
                        B. CLYDE HUTCHINSON
                        Attorneys for Defendant NATIONAL RAILROAD
                        PASSENGER CORPORATION

DATED: June 16, 2005

LAW OFFICES OF DAVID J. ST. LOUIS, INC.

By: /s/ Lynette D. Hecker
    LYNETTE D. HECKER
    Attorneys for Plaintiffs MICHAEL MEHRTEN,
    KATHI MEHRTEN, and DEANNA DUNBAR

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from all of the above.

DATED: July 14, 2005

LOMBARDI, LOPER & CONANT, LLP

By: /s/ B. Clyde Hutchinson
    B. CLYDE HUTCHINSON
    Attorneys for Defendant NATIONAL RAILROAD
    PASSENGER CORPORATION

**ORDER**

IT IS SO ORDERED.

DATED: __July 15___, 2005

/s/ OLIVER W. WANGER
By:_____
U.S. DISTRICT COURT JUDGE

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

13249-33033 BCH 502713.1     - 2 -     **STIPULATION AND ORDER FOR DISMISSAL**