DANIEL R. SULLIVAN, Bar No.: 96740
HUGH G. RADIGAN, Bar No.: 94251
**SULLIVAN, STRUCK & BALLOG, LLP**
400 North Tustin Avenue, Suite 475
Santa Ana, California 92705
Telephone: (714) 541-2121
Facsimile: (714) 541-2120

Attorneys for Defendants/Cross-Complainants,
**EARL W. SIMMING dba PREFERRED CHARTERS and BILL BRADLEY**

FILED

2005 AUG -3  A 8: 10

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT [illegible]
BY_____
        DEPUTY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| MICHAEL MEHRTEN, KATHI MEHRTEN and DEANNA DUNBAR,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMTRAK, EARL SIMMING dba PREFERRED CHARTER BUS COMPANY, BILL BRADLEY and DOES 1 to 200, Inclusive,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. CIV-F-03-6642 OWW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF EARL W. SIMMING dba PREFERRED CHARTERS AND BILL BRADLEY, WITH PREJUDICE, EACH PARTY TO BEAR THEIR OWN COSTS** |

IT IS HEREBY STIPULATED by and between Plaintiffs MICHAEL MEHRTEN, KATHI MEHRTEN, DEANNA DUNBAR and Defendants EARL W. SIMMING dba PREFERRED CHARTERS and BILL BRADLEY, by and through their designated counsel, that the above-captioned action be and hereby is dismissed, with prejudice, as to Defendants EARL W. SIMMING dba PREFERRED CHARTERS

1

and BILL BRADLEY, pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party agrees to bear their own costs.

DATED: July 19, 2005          LAW OFFICES OF DAVID J. ST. LOUIS, INC.

By: _____
LYNETTE D. HECKER
Attorneys for Plaintiffs, MICHAEL MEHRTEN,
KATHI MEHRTEN and DEANNA DUNBAR

DATED: July 13, 2005          SULLIVAN, STRUCK & BALLOG, LLP

By: _____
HUGH G. RADIGAN
Attorneys for Defendants, EARL W. SIMMING
dba PREFERRED CHARTERS and BILL BRADLEY

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from all of the above.

DATED: July 20, 2005          SULLIVAN, STRUCK & BALLOG, LLP

By: _____
HUGH G. RADIGAN
Attorneys for Defendants, EARL W. SIMMING
dba PREFERRED CHARTERS and BILL BRADLEY

---
2
STIPULATION AND ORDER FOR DISMISSAL

1
2
3
4
5
6
...
28

**ORDER**

IT IS SO ORDERED.

DATED: July 8-2-, 2005   By: _____
U.S. DISTRICT COURT JUDGE